**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00110-CV**
_____

**IN RE DUKE W. COON AND SHANA R. ARTHUR**

_____

**Original Proceeding**
**Montgomery County, Texas**

_____

**MEMORANDUM OPINION**

In an original proceeding, two candidates for elected positions in the municipal government for Conroe, Texas, Relators Duke W. Coon and Shana R. Arthur, jointly filed a petition for a writ of mandamus to compel the Respondent, Soco M. Gorjón, to rescind her acceptance of applications to appear on the ballot for the May 4, 2024 General Election for the City of Conroe that were submitted by Real Parties in Interest Bobby Todd Yancey and Curt L. Maddux and to reject the applications. Relators assert that Gorjón accepted the applications, but she should have rejected the applications when each application was received by Gorjón. They ask this Court to compel her to now reject the applications as a ministerial duty

1

imposed by law in connection with the holding of the election. *See* Tex. Elec. Code Ann. §§ 273.061-.063; *see also* Tex. R. App. P. 52.

We reviewed the petition and the appendix. We conclude Relators have not shown that the Election Code imposes a ministerial duty upon Gorjón to revoke her acceptance of the applications and reject Yancey's and Maddux's applications so their names will not appear on the ballot. We deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on March 27, 2024
Opinion Delivered March 27, 2024

Before Golemon, C.J., Johnson and Wright, JJ.

2